THE HONORABLE MARSHA J PECHMAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

THOMAS R DREILING, on behalf of INFOSPACE, INC,

Plaintiff,

v

STILES A KELLETT, JR, an individual, and KELLETT PARTNERS LP, a limited partnership, and NAVEEN JAIN and ANURADHA JAIN, husband and wife, and their marital community, THE JAIN FAMILY IRREVOCABLE TRUST, THE NAVEEN JAIN GRAT NO 1 TRUST, and THE ANURADHA JAIN GRAT NO 1 TRUST,

Defendants,

and

INFOSPACE, INC,

Nominal Defendant

NO C01-1528P

STIPULATION FOR WITHDRAWAL OF ATTORNEYS FOR JAIN DEFENDANTS, [PROPOSED] ORDER THEREON



CV 01-01528 #00000172

---

STIPULATION FOR WITHDRAWAL OF COUNSEL, [PROPOSED] ORDER THEREON (NO C01-1528P) - 1
[/SL031530185 DOC]

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone (206) 583-8888
Fax (206) 583-8500

ORIGINAL

Pursuant to GR2(f)(4)(A), the undersigned stipulate to Perkins Coie's withdrawal as counsel for defendants Naveen Jain, Anuradha Jain, Naveen Jain GRAT No 1 Trust, Anuradha Jain GRAT No 1 Trust, and Jain Family Irrevocable Trust in this matter

>
> Withdrawing Counsel
> Harry H Schneider, Jr, WSBA #9404
> Brent Snyder, WSBA #26986
> Beth Colgan, WSBA #30520
> Perkins Coie LLP
> 1201 Third Avenue, Suite 4800
> Seattle, Washington 98101
> Phone  206-583-8888
> Fax  206-583-8888
>
> Current Counsel for Naveen Jain
> Arthur W Harrigan, Jr, WSBA #1751
> G Val Tolleson, WSBA #5379
> Danielson Harrigan Leyh & Tolleson LLP
> 999 Third Avenue, Suite 4400
> Seattle, Washington 98104
> Phone  206-623-1700
> Fax  206-623-8717
>
> Current Counsel for Anuradha Jain, Naveen Jain GRAT No 1 Trust,
> Anuradha Jain GRAT No 1 Trust, and Jain Family Irrevocable Trust
> William H Beaver, WSBA #9205
> Christine E Gardiner, WSBA #33100
> Karr Tuttle Campbell
> 1201 Third Avenue, Suite 2900
> Seattle, Washington 98101-3028
> Phone  206-223-1313
> Fax  206-682-7100

STIPULATION FOR WITHDRAWAL OF COUNSEL,
[PROPOSED] ORDER THEREON (NO C01-1528P) - 2
[/SL031530185 DOC]

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone  (206) 583-8888
Fax  (206) 583-8500

SO STIPULATED

Date June 5, 2003

NAVEEN JAIN

_/s/ Naveen Jain_
Naveen Jain

Date June 5, 2003

ANURADHA JAIN

_/s/ Anu Jain_
Anuradha Jain

Date June __, 2003

NAVEEN JAIN GRAT NO 1 TRUST
ANURADHA JAIN GRAT NO TRUST
JAIN FAMILY IRREVOCABLE TRUST

_____
Atul Jain
Their Trustee

STIPULATION FOR WITHDRAWAL OF COUNSEL,
[PROPOSED] ORDER THEREON (NO C01-
1528P) - 3
[/SL031530185 DOC]

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone  (206) 583-8888
Fax    (206) 583-8500

SO STIPULATED

Date June __, 2003

NAVEEN JAIN

*Naveen Jain* (signature)
Naveen Jain

Date June __, 2003

ANURADHA JAIN

_____
Anuradha Jain

Date June 5, 2003

NAVEEN JAIN GRAT NO 1 TRUST
ANURADHA JAIN GRAT NO TRUST
JAIN FAMILY IRREVOCABLE TRUST

*Atul Jain* (signature)
Atul Jain
Their Trustee

STIPULATION FOR WITHDRAWAL OF COUNSEL,
[PROPOSED] ORDER THEREON (NO C01-
1528P) - 3
{SL031530185.DOC}

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone: (206) 583-8888
Fax: (206) 583-8500

Date  June 4, 2003

PERKINS COIE LLP

_____
Harry H Schneider, Jr  WSBA #9404
Brent Snyder, WSBA #26986
Beth Colgan, WSBA #30520
Former Attorneys for Naveen Jain, Anuradha Jain, Naveen Jain GRAT No 1 Trust, Anuradha Jain GRAT No 1 Trust, and Jain Family Irrevocable Trust

Date  June 6, 2003

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

_____
Arthur H Harrigan, Jr , WSBA #1751
G Val Tollefson, WSBA #5379
Current Attorneys for Naveen Jain

Date  June 4, 2003

KARR TUTTLE CAMPBELL

_____
William H Beaver, WSBA #9205
Christine E Gardiner, WSBA #33100
Current Attorneys for Anuradha Jain, Naveen Jain GRAT No 1 Trust, Anuradha Jain GRAT No 1 Trust, and Jain Family Irrevocable Trust

STIPULATION FOR WITHDRAWAL OF COUNSEL,
[PROPOSED] ORDER THEREON (NO C01-1528P) - 4
[/SL031530185 DOC]

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone  (206) 583-8888
Fax  (206) 583-8500

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47

**ORDER**

Good cause appearing therefor,

IT IS SO ORDERED   *June 9, 2003*

*/s/ Marsha J. Pechman/*

Honorable Marsha J. Pechman
United States District Court Judge

---

STIPULATION FOR WITHDRAWAL OF COUNSEL,
[PROPOSED] ORDER THEREON (NO C01-
1528P) - 5
[/SL031530185 DOC]

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Phone   (206) 583-8888
Fax   (206) 583-8500

## CERTIFICATE OF SERVICE

I certify under penalty of perjury under the laws of the State of Washington, that on the 6th day of June, 2003, I served a copy of this document on all counsel of record in the manner shown at the addresses listed as follows

### Attorneys for Plaintiff

| | |
|---|---|
| Richard E Spoonemore<br>Jonathan P Meier<br>Stephen J Sirianni<br>Sirianni Yountz Meier & Spoonemore<br>701 Fifth Avenue, Suite 3410<br>Seattle, WA 98104<br>Telephone (206) 223-0303<br>Fax (206) 223-0246 | ____ Via United States Mail<br>_X_ Via Legal Messenger<br>____ Via Overnight Mail<br>_X_ Via Facsimile |

### Special Litigation Committee of the Board of Directors of InfoSpace, Inc.

| | |
|---|---|
| John C Tang<br>Latham & Watkins<br>135 Commonwealth Drive<br>Menlo Park, CA 94205<br>Telephone (650) 328-4600<br>Fax (650) 463-2600 | _X_ Via United States Mail<br>____ Via Legal Messenger<br>____ Via Overnight Mail<br>_X_ Via Facsimile |

*/s/ Linda Bledsoe*

LINDA BLEDSOE

---

MOTION TO FILE OVERLENGTH BRIEF ON
MOTION FOR RECONSIDERATION AND
CLARIFICATION - 0 -