The Honorable Marsha Pechman

FILED LODGED ENTERED RECEIVED
MAY 22 2003 MR
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

FILED LODGED ENTERED RECEIVED
JUN 19 2003
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

CV 01-01528 #00000173

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THOMAS R. DREILING, on behalf of INFOSPACE, INC.,

Plaintiff,

v.

STILES A. KELLETT, JR., an individual, and KELLETT PARTNERS LP, a limited partnership, and NAVEEN JAIN and ANURADHA JAIN, husband and wife, and their marital community, THE JAIN FAMILY IRREVOCABLE TRUST, THE NAVEEN JAIN GRAT NO. 1 TRUST, and THE ANURADHA JAIN GRAT NO. 1 TRUST,

Defendants,

and

INFOSPACE, INC.,

Nominal Defendant

NO. C01-1528P

[PROPOSED] ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN PLAINTIFF AND KELLETT DEFENDANTS

FINAL APPROVAL HEARING:
MAY 27, 2003 @ 1:30 PM

ORDER RE FINAL APPROVAL
NO. C01-1528P

ORIGINAL

SIRIANNI YOUTZ
MEIER & SPOONEMORE
701 FIFTH AVENUE, SUITE 3410
SEATTLE, WASHINGTON 98104-7032
TEL (206) 223-0303  FAX (206) 223-0246

## ORDER

On March 14, 2003, plaintiff Thomas R Dreiling, on behalf of InfoSpace, and Stiles Kellett, Jr and Kellett Partners, LP ("Kellett Defendants") moved for entry of an order approving a Settlement Agreement reached between them  On April 22, 2003, the Court preliminarily approved the Settlement Agreement and authorized the publication of notice of the settlement in *The Wall Street Journal* and *The Seattle Times*, which took place on April 25 and April 29, respectively  The Court's Order also established a mechanism by which shareholders, or InfoSpace, could object to the Settlement Agreement  No objections to the Settlement Agreement have been received

The Court finds that the outcome of the litigation between the plaintiff and the Kellett Defendants was dependent upon contested issues of fact that awaited resolution at trial  *See generally* Order Denying Defendants' Motion for Summary Judgment (Docket No 114)  Both parties faced risks  There also appears to be significant issues surrounding the ability to collect any potential recovery if the plaintiff had prevailed on all his liability theories  Obtaining a sizable settlement, with security, is reasonable under the circumstances  There is no evidence that the settlement was collusive  The Court finds that the Agreement is a fair and reasonable compromise of disputed claims  Accordingly, the Court APPROVES the Agreement as fair, reasonable and adequate to InfoSpace, and GRANTS final approval to the Settlement Agreement

The Clerk is directed to send copies of this Order to all counsel of record

DATED this __18__ day of _June_, 2003

_Marsha J Pechman_
Marsha J Pechman
United States District Court Judge

ORDER RE FINAL APPROVAL - 1
NO C01-1528P

SIRIANNI YOUTZ
MEIER & SPOONEMORE
701 FIFTH AVENUE, SUITE 3410
SEATTLE, WASHINGTON 98104-7032
TEL (206) 223-0303  FAX (206) 223-0246

1 | Presented by
2 | SIRIANNI YOUTZ
3 | MEIER & SPOONEMORE

4 | _____
Richard E. Spoonemore (WSBA #21833)
5 | Stephen J Sirianni (WSBA #6957)
Attorneys for Plaintiff

ORDER RE FINAL APPROVAL - 2
NO C01-1528P

SIRIANNI YOUTZ
MEIER & SPOONEMORE
701 FIFTH AVENUE, SUITE 3410
SEATTLE, WASHINGTON 98104-7032
TEL (206) 223-0303  FAX (206) 223-0246

**PROOF OF SERVICE**

I certify, under penalty of perjury under the laws of the State of Washington, that on May 22, 2003, I served a copy of this document on all counsel of record in the manner shown at the addresses listed as follows

| | | |
|---|---|---|
| Barry M Kaplan<br>PERKINS COIE LLP<br>1201 Third Ave , Suite 4800<br>Seattle, WA  98101-3099<br>    Attorneys for Defendant<br>    Stiles A Kellett, Jr and Kellett Partners LP | [ ]<br>[x]<br>[ ]<br>[ ] | By United States Mail<br>By Legal Messenger<br>By Federal Express<br>By Facsimile<br>Fax:    (206) 583-8500<br>Phone  (206) 583-8510 |
| Harry H Schneider, Jr<br>PERKINS COIE LLP<br>1201 Third Ave , Suite 4800<br>Seattle, WA  98101-3099<br>    Attorneys for Defendants Naveen Jain, Anuradha Jain, The<br>    Jain Family Irrevocable Trust, The Naveen Jain GRAT<br>    No  1 Trust, and The Anuradha Jain GRAT No  1 Trust | [ ]<br>[x]<br>[ ]<br>[ ] | By United States Mail<br>By Legal Messenger<br>By Federal Express<br>By Facsimile<br>Fax.    (206) 583-8500<br>Phone  (206) 583-8510 |
| Arthur W Harrigan, Jr<br>G Val Tollefson<br>DANIELSON HARRIGAN LEYH & TOLLEFSON LLP<br>999 Third Ave , Suite 4400<br>Seattle, WA  98104<br>    Attorneys for Defendants Naveen Jain and Anuradha Jain | [ ]<br>[x]<br>[ ]<br>[ ] | By United States Mail<br>By Legal Messenger<br>By Federal Express<br>By Facsimile<br>Fax:    (206) 623-8717<br>Phone  (206) 623-1700 |
| William H Beaver<br>Christine E Gardiner<br>KARR TUTTLE CAMPBELL<br>1201 Third Ave , Suite 2900<br>Seattle, WA  98101-3028<br>    Attorneys for Defendants The Naveen Jain GRAT No  1 Trust | [ ]<br>[x]<br>[ ]<br>[ ] | By United States Mail<br>By Legal Messenger<br>By Federal Express<br>By Facsimile<br>Fax.    (206) 682-7100<br>Phone  (206) 223-1313 |
| John C Tang<br>LATHAM & WATKINS<br>135 Commonwealth Drive<br>Menlo Park, CA  94025<br>    Special Litigation Committee<br>    of the Board of Directors of InfoSpace, Inc | [x]<br>[ ]<br>[ ]<br>[x] | By United States Mail<br>By Legal Messenger<br>By Federal Express<br>By Facsimile<br>Fax:    (650) 463-2600<br>Phone  (650) 328-4600 |

DATED  May 22, 2003, at Seattle, Washington

_____ *(signature)*

ORDER RE FINAL APPROVAL - 3
NO C01-1528P

SIRIANNI YOUTZ
MEIER & SPOONEMORE
701 FIFTH AVENUE, SUITE 3410
SEATTLE, WASHINGTON 98104-7032
TEL (206) 223-0303   FAX (206) 223-0246