FILED ____ ENTERED
LODGED ____ RECEIVED
JUL 25 2003  KN
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

FILED ____ ENTERED
LODGED ____ RECEIVED
JUL 28 2003
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS R. DREILING, on behalf of INFOSPACE, INC., <br><br> Plaintiff, <br><br> v. <br><br> STILES A. KELLETT, JR., an individual; and KELLETT PARTNERS LP, a limited partnership; and NAVEEN JAIN and ANURADHA JAIN, husband and wife, and their marital community, THE JAIN FAMILY IRREVOCABLE TRUST, THE NAVEEN JAIN GRAT NO. 1 TRUST, and THE ANURADHA JAIN GRAT NO. 1 TRUST, <br><br> Defendants, <br><br> and <br><br> INFOSPACE, INC., <br><br> Nominal Defendant. | NO. C01-1528P <br><br> STIPULATION AND ORDER <br><br> NOTED FOR CONSIDERATION: <br> JULY 25, 2003 <br><br> 01-CV-01528-ORD |

## I.   STIPULATION

On November 8, 2002, the Court entered an order severing plaintiff's claims against Stiles A. Kellett, Jr. and Kellett Partners, L.P. ("Kellett Defendants") from plaintiff's claims

STIPULATION AND ORDER (NO. C01-1528P) - 1
[35273-0003/SL032020.123]

ORIGINAL

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888

against the Jain Defendants for purposes of trial. Shortly before the trial of plaintiff's claims against the Kellett Defendants, plaintiff and the Kellett Defendants reached a settlement, which the Court approved on June 18, 2003. Under the settlement, the Kellett Defendants remain a party to this action until they have performed certain obligations under the settlement. Since proceedings are continuing in the severed matter, plaintiff and the Kellett Defendants agree that the Kellett Defendants no longer should be listed in the caption in this action. Therefore, plaintiff and the Kellett Defendants stipulate and agree, subject to Court approval, that the caption in this action provide as follows:

| | |
|---|---|
| THOMAS R. DREILING, on behalf of INFOSPACE, INC., | NO. C01-1528P |
| Plaintiff, | |
| v. | |
| NAVEEN JAIN and ANURADHA JAIN, husband and wife, and their marital community, THE JAIN FAMILY IRREVOCABLE TRUST, THE NAVEEN JAIN GRAT NO. 1 TRUST, and THE ANURADHA JAIN GRAT NO. 1 TRUST, et al. | |
| Defendants, | |
| and | |
| INFOSPACE, INC., | |
| Nominal Defendant. | |

///

///

///

STIPULATION AND ORDER (NO. C01-1528P) - 2
[35273-0003/SL032020.123]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888

DATED this 25th day of July, 2003.

PERKINS COIE LLP

*/s/ M. W. [signature]*

Barry M. Kaplan (WSBA #8661)
Douglas W. Greene (WSBA #22844)
    Attorneys for Defendant
    Stiles A. Kellett, Jr. and Kellett Partners LP


SIRIANNI YOUTZ MEIER & SPOONEMORE

*/s/ M. W. [signature], 22844, for*

Richard E. Spoonemore (WSBA #21833)    *via email authorization*
    Attorneys for Plaintiff Thomas R. Dreiling


DANIELSON HARRIGAN & TOLLEFSON LLP

*/s/ M. W. [signature], 22844, for*

Arthur W. Harrigan (WSBA #1751)
Timothy G. Leyh (WSBA #14853)          *via telephone authorization*
    Attorneys for Defendants
    Naveen Jain and Anuradha Jain


KARR TUTTLE CAMPBELL

*/s/ M. W. [signature], 22844, for*

William H. Beaver (WSBA #09205)
    Attorneys for Defendants The Jain Family Irrevocable Trust,
    The Naveen Jain Grat No. 1 Trust,
    and The Anuradha Jain Grat No. 1 Trust    *via telephone authorization*

STIPULATION AND ORDER (NO. C01-1528P) - 3
[35273-0003/SL032020.123]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888

## II.     ORDER

Based upon the foregoing, it is so ordered.

DATED this __28__ day of __July__, 2003.

_____
The Hon. Marsha J. Pechman

Presented by:

PERKINS COIE LLP

_____
Barry M. Kaplan (WSBA #8661)
Douglas W. Greene (WSBA #22844)

    Attorneys for Defendants
    Stiles A. Kellett, Jr. and Kellett Partners LP

STIPULATION AND ORDER (NO. C01-1528P) - 4
[35273-0003/SL032020.123]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888

# CERTIFICATE OF SERVICE

Andrea C. Montclair certifies and states:

On July 25, 2003 I caused true and correct copies of the STIPULATION AND ORDER in the foregoing matter to be served on the following in the manner noted:

| | | |
|---|---|---|
| Richard Spoonemore | ☐ | Via Hand Delivery |
| Sirianni Youtz Meier & Spoonemore | ☒ | Via U.S. Mail, First Class, Postage Prepaid |
| 701 Fifth Avenue, Suite 3410 | | |
| Seattle, WA 98104 | ☐ | Via Overnight Delivery |
| | ☒ | Via Facsimile |
| | | |
| Arthur W. Harrigan, Jr. | ☐ | Via Hand Delivery |
| Timothy G. Leyh | ☒ | Via U.S. Mail, First Class, Postage Prepaid |
| Danielson Harrigan & Tollefson LLP | | |
| 999 Third Avenue, Suite 4400 | ☐ | Via Overnight Delivery |
| Seattle, WA 98104 | ☒ | Via Facsimile |
| | | |
| William H. Beaver | ☐ | Via Hand Delivery |
| Karr Tuttle Campbell | ☒ | Via U.S. Mail, First Class, Postage Prepaid |
| 1201 Third Avenue, Suite 2900 | | |
| Seattle, WA 98101 | ☐ | Via Overnight Delivery |
| | ☒ | Via Facsimile |
| | | |
| Kelly Noonan | ☐ | Via Hand Delivery |
| Stokes Lawrence | ☒ | Via U.S. Mail, First Class, Postage Prepaid |
| 800 Fifth Avenue, Suite 4000 | | |
| Seattle, WA 98104-3179 | ☐ | Via Overnight Delivery |
| | ☒ | Via Facsimile |
| | | |
| John C. Tang | ☐ | Via Hand Delivery |
| Latham & Watkins | ☒ | Via U.S. Mail, First Class, Postage Prepaid |
| 135 Commonwealth Drive | | |
| Menlo Park, CA 94025 | ☐ | Via Overnight Delivery |
| | ☒ | Via Facsimile |

STIPULATION AND ORDER (NO. C01-1528P) - 5
[35273-0003/SL032020.123]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888

| | | |
|---|---|---|
| David Friedman | ☐ | Via Hand Delivery |
| Latham & Watkins | ☒ | Via U.S. Mail, First Class, Postage Prepaid |
| 505 Montgomery Street, Suite 1900 | | |
| San Francisco, CA 94111 | ☐ | Via Overnight Delivery |
| | ☒ | Via Facsimile |
| | | |
| Kevin M. Paulich | ☐ | Via Hand Delivery |
| Wolfstone, Panchot & Bloch, P.S., Inc. | ☒ | Via U.S. Mail, First Class, Postage Prepaid |
| 801 Second Avenue, Suite 1500 | | |
| Seattle, WA 98104 | ☐ | Via Overnight Delivery |
| | ☒ | Via Facsimile |
| | | |
| Janis G. White | ☐ | Via Hand Delivery |
| Judith A. Endejan | ☒ | Via U.S. Mail, First Class, Postage Prepaid |
| Graham & Dunn PC | | |
| 2801 Alaskan Way, Suite 300 | ☐ | Via Overnight Delivery |
| Seattle, WA 98121 | ☒ | Via Facsimile |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED at Seattle, Washington on _July 25, 2003_.

_Andrea C. Montclair_
Andrea C. Montclair

STIPULATION AND ORDER (NO. C01-1528P) - 6
[35273-0003/SL032020.123]

PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
(206) 583-8888