```
___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED

FEB 15 2005

       AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                        DEPUTY
BY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE
(AMENDED)

THOMAS R. DREILING

v.

NAVEEN JAIN and ANURADHA JAIN, husband and wife, and their marital community, THE JAIN FAMILY IRREVOCABLE TRUST, THE NAVEEN JAIN GRAT NO. 1 TRUST, and THE ANURADHA JAIN GRAT NO. 1 TRUST.

CASE NUMBER:   C01-1528P

01-CV-01528-PET

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT

The Court GRANTS the Parties' Joint Motion to Approve Settlement Agreement and APPROVES the Settlement Agreement and its terms as fair, reasonable and adequate.

This judgment amends and supercedes all previous judgments.

This action is hereby dismissed with prejudice and without costs.

BRUCE RIFKIN, Clerk

February 15, 2005
Date

By _____