UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 31 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THOMAS R. DREILING, on behalf of InfoSpace Inc., <br><br> Plaintiff - Appellee, <br><br> v. <br><br> NAVEEN JAIN; et al., <br><br> Defendants - Appellants. | No. 03-35710 <br><br> D.C. No. CV-01-01528-MJP <br> Western District of Washington, Seattle <br><br> _____ ENTERED <br> _____ LODGED  _____ RECEIVED <br><br> ORDER    APR - 4 2005 <br><br> AT SEATTLE <br> CLERK U.S. DISTRICT COURT <br> WESTERN DISTRICT OF WASHINGTON <br> BY                    DEPUTY |
| THOMAS R. DREILING, on behalf of InfoSpace Inc, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ANURADHA JAIN, husband and wife and their marital community; et al., <br><br> Defendants, <br><br> and <br><br> JAIN FAMILY IRREVOCABLE TRUST; et al., <br><br> Defendants - Appellants. | No. 03-35785 <br><br> D.C. No. CV-01-01528-MJP <br> Western District of Washington, Seattle <br><br> 01-CV-01528-ORD |

The parties have stipulated to the dismissal of these appeals under Fed. R. App. P. 42(b). These appeals are is dismissed with prejudice. Costs and fees shall be allocated according to the provisions of the stipulation. A certified copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:

CATHY A. CATTERSON
Clerk of the Court:

Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit 27-10

pro 3.28

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 31 2005

by
Deputy Clerk